```
                                              FILED
                                      UNITED STATES DISTRICT COURT
                                           DENVER, COLORADO

                                           FEB  3 2015
    IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO       JEFFREY P. COLWELL
                                                   CLERK
```

Civil Action No. 14-cv-03017-CBS

GRUPO GESTION CELULAR, S.A. DE C.V.,

    Plaintiff,

v.

JORGE BELTRAN, an individual;
GIAN CHAVEZ, an individual;
JAN CAMILO QUEQUEZANA BUENDIA, an individual;
DOES 1 through 25; and
ROE CORPORATION 1 through 25, inclusive,

    Defendants.

## ORDER FOR ISSUANCE OF LETTERS ROGATORY

Having reviewed Plaintiff Grupo Gestion Celular, S.A. de C.V. d/b/a Wahuu's ("GGC's") Motion for Issuance of Letters Rogatory Pursuant to the IACAP and papers submitted in support thereof, this Court hereby **ORDERS** the following:

1. The Honorable Magistrate Judge Shaffer shall affix his handwritten signature and the Clerk of the Court shall affix the Court's stamp to the Request For Service Abroad forms submitted as Exhibits A and B to Plaintiff's Motion.

2. Plaintiff shall obtain the signature and seal of the Office of International Judicial Assistance, Civil Division, located in the District of Columbia, prior to

attempting to serve Defendants Gian Chavez and Jan Camilo Quequezana Buendia.

Dated: February 3, 2015

                                                            _____
                                                            Magistrate Judge
                                                            United States District Court
                                                            District of Colorado