FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 3 2015

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03017-CBS

GRUPO GESTION CELULAR, S.A. DE C.V.,

    Plaintiff,

v.

JORGE BELTRAN, an individual;
GIAN CHAVEZ, an individual;
JAN CAMILO QUEQUEZANA BUENDIA, an individual;
DOES 1 through 25; and
ROE CORPORATION 1 through 25, inclusive,

    Defendants.

---

## AMENDED ORDER FOR ISSUANCE OF LETTERS ROGATORY

---

Having reviewed Plaintiff Grupo Gestion Celular, S.A. de C.V. d/b/a Wahuu's ("GGC's") Motion for Issuance of Letters Rogatory Pursuant to the IACAP and papers submitted in support thereof, this Court hereby **ORDERS** the following:

1. The Honorable Magistrate Judge Shaffer shall affix his handwritten signature and the Clerk of the Court shall affix the Court's stamp to the Request For Service Abroad forms submitted as Exhibits A and B to Plaintiff's Motion.

2. Plaintiff shall obtain the signature and seal of the Office of International Judicial Assistance, Civil Division, located in the District of Columbia, prior to

attempting to serve Defendants Gian Chavez and Jan Camilo Quequezana Buendia.

Dated: February 3, 2015

_____
Magistrate Judge
United States District Court
District of Colorado